IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER McPHAIL | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CAUSE NO. 1:14-CV-00573-LY |
| | § | |
| CITY OF AUSTIN | § | |
|     Defendant | § | |

## JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS

TO THE HONORABLE JUDGE LEE YEAKEL:

Plaintiff Jennifer McPhail and Defendant City of Austin hereby move to dismiss with prejudice plaintiff's pending claims. In light of the settlement agreement between the parties, Plaintiff and Defendant request that the Court enter a Final Judgment dismissing all claims and all parties thereto.

Dated: May 15, 2015

Respectfully submitted:

/s/ Wayne Krause Yang  
WAYNE KRAUSE YANG  
State Bar No. 24032644  
Texas Civil Rights Project  
1405 Montopolis Drive  
Austin, Texas 7871-3438  
512-474-5073  
512-474-0726 (facsimile)  

ATTORNEY FOR PLAINTIFF

/s/ Chris Edwards  
CHRIS EDWARDS  
Assistant City Attorney  
State Bar No. 00789276  
Post Office Box 1546  
Austin, Texas 78767-1546  
512-974-2419  
512-974-1311 (facsimile)  

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 15th day of May, 2015.

**Via E-Service to:**
Wayne Krause Yang
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX  78741-3438

                                              /s/ Chris Edwards
                                              CHRIS EDWARDS