FILED
2015 MAY 20  AM 10: 38
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JENNIFER MCPHAIL  §<br>Plaintiff  §<br>  §<br>V.  §<br>  §<br>CITY OF AUSTIN  §<br>Defendant  § | CAUSE NO. 1:14-CV-00573-LY |

### FINAL JUDGMENT AND ORDER

Before this Court is the parties' Joint Motion to Dismiss Plaintiff's claims. The Court, having reviewed the Motion is of the opinion that the Motion should be and is GRANTED.

Accordingly, IT IS ORDERED that plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

It is FINALLY ORDERED that this action is hereby CLOSED.

Signed this ___ day of ___May___, 2015.

_____
THE HONORABLE JUDGE LEE YEAKEL